UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION


IN RE:                              )
                                    )
CHRISTI S. FINGAL-GRIFFIN,          )
                                    )
          Debtor.                   )
_____ )
                                    )  Case No. 4:08-CV-61 (CEJ)
CHRISTI S. FINGAL-GRIFFIN,          )
                                    )
          Appellant,                )
                                    )
     vs.                            )
                                    )
U.S. BANKRUPTCY COURT,              )
                                    )
          Appellee.                 )

### JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the November 26, 2007 order of the United States Bankruptcy Court for the Eastern District of Missouri is **affirmed**.


                                    _____
                                    CAROL E. JACKSON
                                    UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2008.